MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRITE FINANCIAL SERVICES, LLC

        Plaintiff(s),

v.

BOBBY'S TOWING SERVICE, LLC, ROBERT L. HARDISON, and DENISE BOYCE-HARDISON

        Defendant(s).
_____/

Case No. 2:17-CV-13516

Judge Avern Cohn

Magistrate Judge Mona K. Majzoub

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __BOBBY'S TOWING SERVICE, LLC__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: November 2, 2017

/s/ Marc A. Deldin
_____

P71041
Deldin Law, PLLC
48 S Main
Ste 3
Mount Clemens, MI 48043
586-741-8116
marc@deldinlaw.com

UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITE FINANCIAL SERVICES, LLC,

              Plaintiff,

vs.

BOBBY'S TOWING SERVICE, LLC,
ROBERT L. HARDISON, and
DENISE BOYCE-HARDISON

              Defendants.

Case No.: 2:17-cv-13516
Hon. Avern Cohn
Mag. Judge. Mona K. Majzoub

## CERTIFICATE OF SERVICE

On November 2, 2017, the undersign certified he served the foregoing document using the Court's ECF system, which will send notice of this filing to all parties and attorneys that have appeared.

              /s/ Marc A. Deldin