IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

BRITE FINANCIAL SERVICES, LLC,
GERALD D. GRAYS, and DALE L.
RILEY, individually and as class
representatives,

          Plaintiffs,

v.

BOBBY'S TOWING SERVICE, LLC,
ROBERT L. HARDISON, DENISE
BOYCE-HARDISON, CITY OF
DETROIT, DETROIT POLICE
DEPARTMENT, and JOHN DOES 1-3,

          Defendants.

Case No. 17-cv-13516
Honorable Judge Avern Cohn
Honorable Magistrate Judge
Mona K. Majzoub

_____

JASON MICHAEL KATZ, P.C.
Jason M. Katz (P62923)
Co-Counsel for Plaintiffs
30665 Northwestern Hwy., Suite 202
Farmington Hills, MI 48334
(248) 702-6310
jkatz@katz2law.com


THE LAW OFFICES OF AARON D.
COX, P.L.L.C.
Aaron D. Cox (P69346)
Co-Counsel for Plaintiffs
23380 Goddard Rd.
Taylor, MI 48180
(734) 287-3664
aaron@aaroncoxlaw.com

DELDIN LAW, P.L.L.C.
Marc A. Deldin (P71041)
Teri L. Dennings (P68884)
Attorneys for Defendants Bobby's
Towing, Robert L. Hardison, and
Denise Boyce-Hardison
marc@deldinlaw.com
teri@deldinlaw.com


MICHAEL M. MULLER (P38070)
Attorney for Defendants City of
Detroit and Detroit Police Department
2 Woodward Ave., Suite 500
Detroit, MI 48226
(313) 237-5052
mullm@detroitmi.gov

MARK K. WASVARY, P.C.
Mark K. Wasvary (P51575)
Co-Counsel for Plaintiffs
2401 W. Big Beaver Rd., Ste. 100
Troy, MI 48084
(248) 649-5667
mark@wasvarylaw.com

JOHN G. FEDYNSKY (P65232)
PATRICK S. MYERS (P81444)
Michigan Attorney General
525 W. Ottawa St.
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
fedynskyj@michigan.gov
myersp4@michigan.gov

---

## STIPULATED ORDER DISMISSING
## <u>DETROIT POLICE DEPARTMENT</u>

 

 

This matter having come before the Court upon stipulation of the parties, the parties stipulating that (1) the Detroit Police Department is a department of the City of Detroit and not a separate legal entity from same, and (2) the Detroit Police Department should therefore be dismissed as a party in this case, and the Court otherwise being duly advised in the premises;

IT IS HEREBY ORDERED that the Detroit Police Department is dismissed without prejudice as a defendant in the above captioned matter without costs or fees to be awarded to any party.

s/Avern Cohn
U.S. District Court Judge

SO STIPULATED:

 /s/ Mark K. Wasvary
MARK K. WASVARY P51575
Attorney for Plaintiffs

 /s/ Michael M. Muller
MICHAEL M. MULLER P38070
Attorney for City of Detroit

/s/ Marc A. Deldin
Marc. A Deldin P71041
Attorney for Bobby's Towing Service, LLC

/s/ John G. Fedynsky
John G. Fedynsky P65232
Michigan Attorney General