UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITE FINANCIAL SERVICES, LLC,
GERAlD D. GRAYS, and                             Case No. 17-13516
DALE L. RILEY,
    Plaintiffs,

                                                     HON. AVERN COHN

v.

BOBBY'S TOWING SERVICES, LLC et al.
    Defendants.
_____/

## ORDER MOOTING MOTIONS (DOCS. 11, 34)

Plaintiffs have filed a Third Amended Complaint. (Doc. 52). Because Defendants' Motion for Summary Judgment (Doc. 11) and Defendants' Motion to Dismiss (Doc. 34) do not relate to the Third Amended Complaint, these motions are MOOT.

SO ORDERED

                                                     S/Avern cOhn
                                                     AVERN COHN
                                                     UNITED STATES DISTRICT JUDGE

Dated: 3/22/2019
Detroit, Michigan