UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gerald D Grays, et al.,

                 Plaintiff(s),

v.                                           Case No. 2:17−cv−13516−AC−MKM
                                           Hon. Avern Cohn

City of Detroit, et al.,

                 Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 226, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  April 22, 2019 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                              By: s/M. Verlinde
                                                                    Case Manager

Dated:   April 3, 2019