IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

BRITE FINANCIAL SERVICES, LLC,
GERALD D. GRAYS and DALE L.
RILEY, individually and as class
representatives,

        Plaintiffs,

v.

BOBBY'S TOWING SERVICE, LLC,
ROBERT L. HARDISON, DENISE
BOYCE-HARDISON, CITY OF
DETROIT, and JOHN DOES 1-3,

        Defendants.

Case No. 17-cv-13516
Honorable Judge Avern Cohn
Honorable Magistrate Judge
Mona K. Majzoub

_____

## NOTICE OF REQUEST OF WITHDRAWAL OF COUNSEL

Please take notice that the law firm of The Law Offices of Aaron D. Cox, PLLC and Aaron D. Cox hereby request to withdraw as counsel of record for Plaintiffs in the above cause and request to be removed from receiving future notices on this matter. Plaintiffs will still continue to be represented by other counsel of record.

Pursuant to Local Rule 83.25 counsel will submit a proposed order to the Court.

Respectfully submitted by:

/s/Aaron D. Cox (P69346)
The Law Offices of Aaron D. Cox, PLLC

                          Co-counsel for Plaintiffs
                          23380 Goddard Rd.
                          Taylor, MI 48180
                          (734) 287-3664
                          aaron@aaroncoxlaw.com

Dated:      September 30, 2019